

**GRANTED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*Dinsmore Tuttle*

**Dinsmore Tuttle**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| Weld County, Colorado, District Court<br>P. O. Box 2038<br>Greeley, CO 80632-2038<br>(970) 351-7300 | **EFILED Document – District Court**<br>**2011CV39**<br>**CO Weld County District Court 19th JD**<br>**Filing Date: Jul 1 2011 12:27PM MDT**<br>**Filing ID: 38477983** |
| Plaintiff: Larry W. Hoffner<br><br>vs.<br><br>Defendant: Bank of Choice Holding Company, a Colorado Corporation, doing business as Bank of Choice | COURT USE ONLY |
| | Case No: 11 CV 39<br><br>Division: 4 |
| **ORDER APPROVING STIPULATION REGARDING "AT-ISSUE" DATE** | |

    THIS MATTER comes before the Court on the parties' Stipulation Regarding "At-Issue" Date. The Court approves said stipulation and orders that the at-issue date for this case shall be June 21, 2011.

DATED:                          By the Court:

                                                 _____
                                                 District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | CO Weld County District Court 19th JD |
| **Judge:** | Dinsmore Tuttle |
| **File & Serve Transaction ID:** | 38427614 |
| **Current Date:** | Jul 01, 2011 |
| **Case Number:** | 2011CV39 |
| **Case Name:** | HOFFNER, LARRY W vs. BANK OF CHOICE HOLDING COMPANY A COLORAD |

**/s/ Judge Dinsmore Tuttle**