

**GRANTED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*Dinsmore Tuttle*

**Dinsmore Tuttle**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2011CV39**
**CO Weld County District Court 19th JD**
**Filing Date: Aug 30 2011  5:26PM MDT**
**Filing ID: 39575369**

| | |
|---|---|
| DISTRICT COURT, WELD COUNTY, COLORADO<br>Court Address:  P.O. Box 2038<br>Greely, CO 80632-2038<br>(970) 351-7300<br><br>**Plaintiff:**  LARRY W. HOFFNER<br><br>v.<br><br>**Defendants:**  BANK OF CHOICE HOLDING COMPANY, d/b/a BANK OF CHOICE | ▲COURT USE ONLY▲ |
| Attorneys for Defendant<br>Peter F. Munger, #12438<br>Ryan P. Lessman, #35755<br>Jackson Lewis LLP<br>950 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone:    (303) 892-0404<br>Facsimile:     (303) 892-5575<br>E-Mail:        peter.munger@jacksonlewis.com<br>                    ryan.lessman@jacksonlewis.com | Case Number: 2011CV39<br><br>Division: |

### ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT

The Court, having reviewed the Unopposed Motion to Substitute Defendant [Docket No. __] and being fully advised in the premises,

HEREBY GRANTS the Motion. It is ORDERED that the Federal Deposit Insurance Corporation as Receiver for Bank of Choice is substituted as the defendant in this action.

SO ORDERED this ____ day of August, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Weld County District Court 19th JD |
| **Judge:** | Dinsmore Tuttle |
| **File & Serve Transaction ID:** | 39545964 |
| **Current Date:** | Aug 30, 2011 |
| **Case Number:** | 2011CV39 |
| **Case Name:** | HOFFNER, LARRY W vs. BANK OF CHOICE HOLDING COMPANY A COLORAD |

**/s/ Judge Dinsmore Tuttle**