

**GRANTED WITH AMENDMENTS**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*Dinsmore Tuttle*

**Dinsmore Tuttle**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, WELD COUNTY, COLORADO<br>Court Address: P.O. Box 2038<br>Greely, CO 80632-2038<br>(970) 351-7300<br><br>**Plaintiff:** LARRY W. HOFFNER<br><br>v.<br><br>**Defendants:** FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for BANK OF CHOICE | **EFILED Document – District Court**<br>**2011CV39**<br>**CO Weld County District Court 19th JD**<br>**Filing Date: Sep 14 2011 2:32PM MDT**<br>**Filing ID: 39813754**<br><br><br>▲COURT USE ONLY▲ |
| Attorneys for Defendant<br>Peter F. Munger, #12438<br>Ryan P. Lessman, #35755<br>Jackson Lewis LLP<br>950 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone: (303) 892-0404<br>Facsimile: (303) 892-5575<br>E-Mail: peter.munger@jacksonlewis.com<br>ryan.lessman@jacksonlewis.com | Case Number: 2011CV39<br><br>Division: |

### ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS

The Court, having reviewed Defendant's Unopposed Motion to Stay Proceedings, and being fully advised in the premises,

HEREBY GRANTS the motion and ORDERS that all judicial actions and proceedings in this case are stayed until the earlier of 180 days from the date of plaintiff's filing of an administrative claim with the FDIC, as receiver, or until ten days after the FDIC, as receiver, has tendered a final determination of plaintiff's claim.

SO ORDERED this _____ day of September 2011.

BY THE COURT:

_____
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---|---|
| **Court:** | CO Weld County District Court 19th JD |
| **Judge:** | Dinsmore Tuttle |
| **File & Serve Transaction ID:** | 39777484 |
| **Current Date:** | Sep 14, 2011 |
| **Case Number:** | 2011CV39 |
| **Case Name:** | HOFFNER, LARRY W vs. BANK OF CHOICE HOLDING COMPANY A COLORAD et al |

**Court Authorizer Comments:**

The motion is granted. However, the parties shall file a brief joint status report every 90 days from this point forward until further substantive action is taken. The first report shall be filed on December 14, 2011.

**/s/ Judge Dinsmore Tuttle**