IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03099-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: July 30, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| LARRY W. HOFFNER, | Brandon Barnard Houtchens |
| Plaintiff, | |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | Christina J. Valerio<br>Peter F. Munger |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:   8:33 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the defendant's Unopposed MOTION to Amend/Correct/Modify 15 Scheduling Order to Extend Discovery and Dispositive Motion Deadlines (Docket no. 17, filed on 7/12/2012).

Discussion between the court and the parties regarding Rule 16(b) pertaining to good cause, the parties showing good cause for this extension, the parties attempting to reach a settlement in this case, completing depositions, how much discovery has been completed, the previously entered scheduling order, interrogatories, Judge Krieger's practice standards, and length of trial.

**ORDERED:** The court **GRANTS** defendant's Unopposed MOTION to Amend/Correct/Modify 15 Scheduling Order to Extend Discovery and Dispositive Motion Deadlines (Docket no. 17, filed on 7/12/2012). The discovery cut off shall be extended to **August 31, 2012**. The dispositive motions deadline shall be extended to **October 1, 2012**.

HEARING CONCLUDED.

**Court in recess**:   **8:47 a.m.**
Total time in court:   00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.